# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Travis Eason                                Docket No. 7:07-CR-91-2

### Petition for Action on Supervised Release

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Travis Eason, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute More Than 100 Kilograms of Marijuana and More Than 500 Grams of Cocaine in violation of 21 U.S.C. § 846, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on July 23, 2008, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions.

Travis Eason was released from custody on September 16, 2009, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 29, 2010, the defendant submitted to a urine screen which field tested positive for marijuana. The defendant admitted to using marijuana on/or about June 15, 2010. The defendant is employed and has incurred no other violations. It is recommended the violation be addressed by the imposition of a two (2) day jail sanction. Additionally, it is recommended special conditions addressing substance abuse treatment and the DROPS Program be imposed. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall serve two (2) days in the custody of the Bureau of Prisons as arranged by the probation officer.

3. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the

Travis Eason
Docket No. 7:07-CR-91-2
Petition For Action
Page 2

custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley<br>Kevin L. Connolley<br>Supervising U.S. Probation Officer | /s/ Chip Williams<br>Chip Williams<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: (910) 815-4857<br>Executed On: October 15, 2010 |

## ORDER OF COURT

Considered and ordered this 15 day of October, 2010, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge